UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULUD AYOUB BAZZI,

        Plaintiff,

vs.

Case No. 07-CV-15071
HON. GEORGE CARAM STEEH

MICHAEL CANNON, et al.,

        Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO ACCOMPLISH SERVICE

Plaintiff Julud Ayoub Bazzi filed a complaint on November 29, 2007 seeking compelled adjudication of her I-485 application for adjustment of status, alleging an FBI background check, pending for three years and eight months, has not been completed within a reasonable time. The court has reviewed the complaint and finds it is not subject to summary dismissal. By operation of Federal Rule of Civil Procedure 12(a)(3), defendant is required to file a response to the complaint within 60 days *after service*. Plaintiff has not yet filed a proof of service with the court demonstrating that service upon the defendant has been accomplished. If service of a summons and complaint is not made upon a defendant within 120 days after the filling of a complaint, the court may on its own initiative after notice to the plaintiff dismiss the action without prejudice. Fed. R. Civ. P. 4(m). Accordingly,

Plaintiff is hereby directed to properly serve defendant with a copy of the summons and complaint, and file a corresponding proof of service with the court. Failure to comply with this Order may result in the dismissal of this lawsuit without prejudice.

SO ORDERED

Dated: January 4, 2008

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 4, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---